**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br>　　　1401 K Street NW<br>　　　Suite 200<br>　　　Washington, DC 20005<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>Serve:  Donald J. Trump<br>　　　　President of the United States<br>　　　　1600 Pennsylvania Avenue NW<br>　　　　Washington, DC 20500<br><br>　　　　　　Defendant. | Case No.  20-1456<br><br><br>**PLAINTIFF CENTER FOR DEMOCRACY & TECHNOLOGY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO FRCP 7.1 AND LCVR 26.1** |

　　　　Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 26.1, the undersigned, counsel of record for Plaintiff Center of Democracy & Technology ("CDT"), certifies that to the best of our knowledge and belief that CDT does not have any parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of CDT which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

| | |
|---|---|
| Dated: June 2, 2020 | Respectfully Submitted, |
| | MAYER BROWN LLP |
| | By: /s/ Andrew J. Pincus. |
| Avery Gardiner (D.C. Bar No. 370762, *D.D.C. admission application forthcoming*)<br>Center for Democracy & Technology<br>1401 K Street NW, Suite 200<br>Washington, DC 20005<br>Telephone: (202) 407-8811<br>agardiner@cdt.org | Andrew J. Pincus (D.C. Bar No. 370762)<br>MAYER BROWN LLP<br>1999 K St., NW<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>apincus@mayerbrown.com<br><br>Lauren R. Goldman (*pro hac vice forthcoming*)<br>MAYER BROWN LLP<br>1221 Ave. of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>lgoldman@mayerbrown.com<br><br>John Nadolenco (*pro hac vice forthcoming*)<br>Douglas A. Smith (*pro hac vice forthcoming*)<br>Sandor A. Callahan (*pro hac vice forthcoming*)<br>MAYER BROWN LLP<br>350 S. Grand Ave.<br>Los Angeles, CA 90017<br>Telephone: (213) 229-9500<br>jnadolenco@mayerbrown.com<br>dougsmith@mayerbrown.com<br>scallahan@mayerbrown.com<br><br>*Attorneys for Center for Democracy & Technology* |