Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CENTER FOR DEMOCRACY & TECHNOLOGY

    Plaintiff

vs.

DONALD J. TRUMP

    Defendant

Civil No.   20-1456   (TNM)

Category   L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __6/3/2020__ from __Judge Dabney L. Friedrich__ to __Judge Trevor N. McFadden__ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc:   Judge Dabney L. Friedrich   & Courtroom Deputy
      Judge Trevor N. McFadden   & Courtroom Deputy
Liaison, Calendar and Case Management Committee