IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>         Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>         Defendant. | Case No. 20-1456 |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR SANDOR A. CALLAHAN**

Pursuant to Local Rule 83.2(d), I, Andrew J. Pincus, of the law firm of Mayer Brown LLP, being a member in good standing of the Bar of the District of Columbia, and being admitted to practice before the United States District Court for the District of Columbia, respectfully request that this Court grant leave to Sandor A. Callahan to practice in this Court *pro hac vice* in the above-captioned matter on behalf of Plaintiff Center for Democracy & Technology.  This motion is supported by the accompanying Declaration of Sandor A. Callahan.

Date:  June 4, 2020                                          Respectfully submitted,

By:  */s/ Andrew J. Pincus*
Andrew J. Pincus
DC Bar No. 370762
MAYER BROWN LLP
1999 K Street N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
apincus@mayerbrown.com

*Attorney for Plaintiff Center for Democracy & Technology*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>               Plaintiff,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>               Defendant. | Case No. 20-1456 |

**DECLARATION OF SANDOR A. CALLAHAN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Sandor A. Callahan, state that:

1. I submit this Declaration pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, in support of the motion for my admission to this Court *pro hac vice*.

2. I am an attorney of the law firm of Mayer Brown LLP, with a business address of 350 S. Grand Ave., Los Angeles, CA 90017. My business telephone number is 213-229-9500; my business facsimile is 213-625-0248; and my business email is scallahan@mayerbrown.com.

3. I am a member of good standing of the bar of the state of California and am admitted to practice before the United States District Courts for the Northern, Southern, Eastern and Central Districts of California.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am familiar with the Local Rules of this Court and the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: June 4, 2020

    */s/ Sandor A. Callahan*
Sandor A. Callahan
MAYER BROWN LLP
350 S. Grand Ave.
Los Angeles, CA 90017
Telephone: (213) 229-9500
scallahan@mayerbrown.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>    Defendant. | Case No. 20-1456 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* FOR SANDOR A. CALLAHAN

AND NOW, upon consideration of the Motion for Admission *Pro Hac Vice* for Sandor A. Callahan in the above-captioned action, it is hereby ORDERED that the Motion is granted.  Mr. Callahan is hereby admitted *pro hac vice* to appear and practice in this Court in the above-captioned action as counsel for Plaintiff Center for Democracy & Technology.

IT IS SO ORDERED.

DATED: _____

_____
HON. TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE