IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>    Defendant. | Case No. 20-1456 |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR LAUREN R. GOLDMAN**

  Pursuant to Local Rule 83.2(d), I, Andrew J. Pincus, of the law firm of Mayer Brown LLP, being a member in good standing of the Bar of the District of Columbia, and being admitted to practice before the United States District Court for the District of Columbia, respectfully request that this Court grant leave to Lauren R. Goldman to practice in this Court *pro hac vice* in the above-captioned matter on behalf of plaintiff Center for Democracy & Technology.  This motion is supported by the accompanying Declaration of Lauren R. Goldman.

Date:  June 4, 2020          Respectfully submitted,

By:   */s/ Andrew J. Pincus*
Andrew J. Pincus
DC Bar No. 370762
MAYER BROWN LLP
1999 K Street N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
apincus@mayerbrown.com

*Attorney for Plaintiff Center for Democracy & Technology*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>            Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>            Defendant. | Case No. 20-1456 |

**DECLARATION OF LAUREN R. GOLDMAN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Lauren R. Goldman, state that:

1. I submit this Declaration pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, in support of the motion for my admission to this Court *pro hac vice*.

2. I am an attorney of the law firm of Mayer Brown LLP, with a business address of 1221 Ave. of the Americas, New York, New York 10020. My business telephone number is 212 506-2500; my business facsimile is 212-262-1910; and my business email is lgoldman@mayerbrown.com.

3. I am a member of good standing of the bar of the state of New York and am admitted to practice before the Supreme Court, the United States Courts of Appeal for the First, Second, Third, Fourth, Ninth and Eleventh Circuits, as

well as the United States District Courts for the Northern District of Illinois, and the Eastern and Southern Districts of New York.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am familiar with the Local Rules of this Court and the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: June 4, 2020

*/s/ Lauren R. Goldman*
Lauren R. Goldman
MAYER BROWN LLP
1221 Ave. of the Americas
New York, New York 10020
Telephone: (212) 506-2500
lgoldman@mayerbrown.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>              Plaintiff,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>              Defendant. | Case No. 20-1456 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
<u>*PRO HAC VICE*</u> FOR LAUREN R. GOLDMAN**

AND NOW, upon consideration of the Motion for Admission *Pro Hac Vice* for Lauren R. Goldman in the above-captioned action, it is hereby ORDERED that the Motion is granted.  Ms. Goldman is hereby admitted *pro hac vice* to appear and practice in this Court in the above-captioned action as counsel for Plaintiff Center for Democracy & Technology.

IT IS SO ORDERED.

DATED: _____

                                                              _____
                                                              HON. TREVOR N. MCFADDEN
                                                              UNITED STATES DISTRICT JUDGE