IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>　　　　　　Defendant. | Case No. 20-1456 |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR DOUGLAS A. SMITH

　　Pursuant to Local Rule 83.2(d), I, Andrew J. Pincus, of the law firm of Mayer Brown LLP, being a member in good standing of the Bar of the District of Columbia, and being admitted to practice before the United States District Court for the District of Columbia, respectfully request that this Court grant leave to Douglas A. Smith to practice in this Court *pro hac vice* in the above-captioned matter on behalf of Plaintiff Center for Democracy & Technology. This motion is supported by the accompanying Declaration of Douglas A. Smith.

Date:  June 4, 2020　　　　　　　　　　　　　Respectfully submitted,

By:   */s/ Andrew J. Pincus*
Andrew J. Pincus
DC Bar No. 370762
MAYER BROWN LLP
1999 K Street N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
apincus@mayerbrown.com

*Attorney for Plaintiff Center for Democracy & Technology*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>                Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>                Defendant. | Case No. 20-1456 |

**DECLARATION OF DOUGLAS A. SMITH
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Douglas A. Smith, state that:

1. I submit this Declaration pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, in support of the motion for my admission to this Court *pro hac vice*.

2. I am an attorney of the law firm of Mayer Brown LLP, with a business address of 350 S. Grand Ave., Los Angeles, CA 90017. My business telephone number is 213-229-9500; my business facsimile is 213-625-0248; and my business email is dougsmith@mayerbrown.com.

3. I am a member of good standing of the bars of the states of New York, California, and Colorado, and am admitted to practice before the United States Courts of Appeal for the Ninth and Tenth Circuits, as well as the United States District Courts for the Eastern and Southern Districts of New

York, the Central, Southern, Eastern, and Northern Districts of California, and the District of Colorado.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted pro hac vice to this Court in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am familiar with the Local Rules of this Court and the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: June 4, 2020

       */s/ Douglas A. Smith*
Douglas A. Smith
MAYER BROWN LLP
350 S. Grand Ave.
Los Angeles, CA 90017
Telephone: (213) 229-9500
dougsmith@mayerbrown.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>              Plaintiff,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>              Defendant. | Case No. 20-1456 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* FOR DOUGLAS A. SMITH**

AND NOW, upon consideration of the Motion for Admission *Pro Hac Vice* for Douglas A. Smith in the above-captioned action, it is hereby ORDERED that the Motion is granted.  Mr. Smith is hereby admitted *pro hac vice* to appear and practice in this Court in the above-captioned action as counsel for Plaintiff Center for Democracy & Technology.

IT IS SO ORDERED.

DATED: _____

                                              _____
                                              HON. TREVOR N. MCFADDEN
                                              UNITED STATES DISTRICT JUDGE