# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>Defendant. | Case No. 20-1456 |

## NOTICE OF APPEARANCE BY JOHN NADOLENCO

Please enter the appearance of the undersigned, John Nadolenco of Mayer Brown LLP, on behalf of Plaintiff Center for Democracy & Technology.

Dated: June 8, 2020

By: */s/ John Nadolenco*
John Nadolenco
*Pro hac vice*
MAYER BROWN LLP
350 S. Grand Ave.
Los Angeles, CA 90017
Telephone: 213-229-9500
Facsimile: 213-625-0248
jnadolenco@mayerbrown.com

*Attorney for Plaintiff Center for Democracy & Technology*