# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>        Defendant. | Case No. 20-1456 |

## NOTICE OF APPEARANCE BY DOUGLAS A. SMITH

Please enter the appearance of the undersigned, Douglas A. Smith of Mayer Brown LLP, on behalf of Plaintiff Center for Democracy & Technology.

Dated: June 8, 2020

By:   */s/Douglas A. Smith*
Douglas A. Smith
*Pro hac vice*
MAYER BROWN LLP
350 Grand Avenue.
Los Angeles, CA 90017
Telephone: (213) 229-9500
dougsmith@mayerbrown.com

*Attorney for Plaintiff Center for Democracy & Technology*