**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**Center for Democracy & Technology**

**Plaintiff**

Case No.: 1:20-cv-01456-DLF

vs.

**Donald J. Trump, in his official capacity as President of the United States of America**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Complaint, Notice of Right to Consent to Trial before a United States Magistrate Judge, and Plaintiff Center for Democracy & Technology's Disclosure of Corporate Affiliations and Financial Interests Pursuant to FRCP 7.1 and LCVR 26.1 in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 6/3/2020 at 2:05 PM, I served Michael R. Sherwin, Acting U.S. Attorney for the District of Columbia at 501 3rd Street, NW, 4th Floor, Washington, DC 20001 with the Summons, Civil Cover Sheet, Complaint, Notice of Right to Consent to Trial before a United States Magistrate Judge, and Plaintiff Center for Democracy & Technology's Disclosure of Corporate Affiliations and Financial Interests Pursuant to FRCP 7.1 and LCVR 26.1 by serving James Paxton, Paralegal, authorized to accept service.

James Paxton is described herein as:

Gender: Male   Race/Skin: Black   Age: 61   Weight: 170   Height: 6'1"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

6/5/2020
Executed On

Vance M. Warren, Sr.

Client Ref Number: 42007734
Job #: 1578347

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Center for Democracy & Technology

*Plaintiff(s)*

v.

Donald J. Trump

*Defendant(s)*

Civil Action No. 20-1456

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael R. Sherwin
Acting U.S. Attorney for the District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew J. Pincus (D.C. Bar No. 370762)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000
APincus@mayerbrown.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 06/03/2020

/s/ Simone Bledsoe

*Signature of Clerk or Deputy Clerk*