# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America <br><br> Defendant. | Case No. 20-1456 |

## NOTICE OF APPEARANCE BY LAUREN A. GOLDMAN

Please enter the appearance of the undersigned, Lauren A. Goldman of Mayer Brown LLP, on behalf of Plaintiff Center for Democracy & Technology.

Dated: June 10, 2020

By: */s/ Lauren A Goldman*
Lauren A. Goldman
*Pro hac vice*
MAYER BROWN LLP
1221 Ave of the Americas.
New York, New York 10020
Telephone: (212) 506-2500
lgoldman@mayerbrown.com

*Attorney for Plaintiff Center for Democracy & Technology*