# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America <br><br> Defendant. | Case No. 20-1456 |

## NOTICE OF APPEARANCE BY SANDOR A. CALLAHAN

Please enter the appearance of the undersigned, Sandor A. Callahan of Mayer Brown LLP, on behalf of Plaintiff Center for Democracy & Technology.

Dated: June 10, 2020

By: */s/ Sandor A. Callahan*
Sandor A. Callahan
*Pro hac vice*
MAYER BROWN LLP
350 S. Grand Ave.
Los Angeles, CA 90017
Telephone: 213-229-9500
scallahan@mayerbrown.com

*Attorney for Plaintiff Center for Democracy & Technology*