**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY, | ) ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) No. 1:20-cv-1456 (TNM) ) |
| DONALD J. TRUMP, *Defendant*. | ) ) ) ) ) ) |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please take notice that Indraneel Sur will be appearing on behalf of the Defendant in the above-enumerated action. He is admitted or otherwise authorized to practice in this Court.

Dated: August 3, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ERIC WOMACK
Assistant Director

 */s/  INDRANEEL SUR*
INDRANEEL SUR
Trial Attorney
(D.C. Bar No. 978017)
Federal Programs Branch,
Civil Division
United States Department of Justice
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8448
E-mail:    Indraneel.Sur@usdoj.gov

*Counsel for Defendant*