IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>               Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>               Defendant. | Case No. 20-1456 |

**NOTICE OF FILING OF PROOF OF SERVICE**

Plaintiff Center for Democracy & Technology, by counsel, respectfully submits the attached Declaration of Alec Hemingway as proof that service of process has been effected on the U.S. Attorney General and Donald J. Trump.

Date: August 3, 2020

Respectfully submitted,

By:   */s/ Andrew J. Pincus*
Andrew J. Pincus
DC Bar No. 370762
MAYER BROWN LLP
1999 K Street N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
apincus@mayerbrown.com

*Attorney for Plaintiff Center for Democracy & Technology*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>           Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>           Defendant. | Case No. 20-1456 |

### DECLARATION OF ALEC HEMINGWAY

I, Alec Hemingway, declare as follows:

1. I am employed by Mayer Brown LLP. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I have personal knowledge of the factual statements contained herein and would competently testify thereto if called as a witness.

2. On June 3, 2020, Plaintiff Center for Democracy & Technology, by counsel, initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On that date, I caused the summons and the complaint in that matter to be served by United States Postal Service Certified Mail separately on the U.S. Attorney General and Donald J. Trump.

3. According to U.S. Postal Service Tracking, the summons and complaint were delivered to the U.S. Attorney General at the U.S. Department of Justice, 950

Pennsylvania Avenue NW, Washington, DC 20530 on June 8, 2020. According to the U.S. Postal Service Certified Mail Receipt, the summons and complaint were received by the U.S. Attorney General on June 8, 2020.

4. According to U.S. Postal Service Tracking, the summons and complaint were delivered to Donald J. Trump at the White House, 1600 Pennsylvania Avenue NW, Washington, DC 20500 on June 10, 2020. According to the U.S. Postal Service Certified Mail Receipt, the summons and complaint were received by Donald J. Trump on June 12, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3, 2020.

Alec Hemingway
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Fax: (202) 263-3300
ahemingway@mayerbrown.com