## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR DEMOCRACY &
TECHNOLOGY,

                Plaintiff,

      v.

DONALD J. TRUMP, in his official capacity
as President of the United States of America

                Defendant.

Case No. 20-1456

## JOINT MOTION TO SET BRIEFING SCHEDULE
## ON DEFENDANT'S MOTION TO DISMISS

Plaintiff Center for Democracy & Technology ("CDT") and Defendant Donald J. Trump ("the President" and with "CDT," the "Parties"), by and through their undersigned counsel, hereby jointly move to set a briefing schedule on Defendant Trump's Motion to Dismiss filed on August 3, 2020 (ECF No. 17).

1. On August 3, 2020, the President filed a Motion to Dismiss the Complaint in the above-captioned action.  Pursuant to Federal Rule of Civil Procedure 12(a)(2), the President had 60 days after service of the Complaint on the U.S. Attorney to prepare the Motion, the memorandum of points and authorities for which is 32 pages long, containing 76 cited cases.

2. Under the default timing rules, CDT would have fourteen days to oppose (*i.e.*, by Monday, August 17, 2020), and the President would have 7 days thereafter to file a reply (*i.e.*, by August 24, 2020).

3.  The Parties request mutual 14-day extensions on their respective deadlines such that CDT's opposition would be due Monday, August 31, 2020, and the President's reply would be due September 21, 2020.

4.  Good cause exists to extend the deadlines for CDT's opposition and the President's reply.  This extension is warranted due to the limitations imposed by the COVID-19 pandemic, which include counsel's staff operating at reduced capacity, office closures, and teleworking.  In addition, certain members of CDT's legal team will be away on previously scheduled vacations during the default response period. The requested extension of time for the reply memorandum would allow adequate time for preparation of a response to the contentions in Plaintiff's opposition regarding the claim asserted in the Complaint, while also accommodating observance of the Labor Day holiday, and the press of business and other litigation for which the undersigned counsel is responsible in early September 2020.

5.  The extensions of time requested here are the first by CDT and the President, and the requested extensions will not affect any Court-ordered dates or deadlines because the Court has not set a pre-trial schedule, or a hearing on the Motion.

6.  In accordance with this Court's Standing Order and Local Civil Rule 7(m), the Parties conferred via email on August 6 and 7, 2020, regarding this Motion.

**NOW THEREFORE**, the Parties hereby stipulate, agree, and jointly move to extend Plaintiff CDT's deadline to file and serve an opposition to the Motion to

737865176

Dismiss to Monday, August 31, 2020, and Defendant's deadline to file and serve a reply in support of the Motion to Dismiss, if any, to Monday, September 21, 2020.


Dated:  August 10, 2020                     Respectfully submitted,

                                            By:   */s/ Andrew J. Pincus*
                                                  Andrew J. Pincus
                                                  DC Bar No. 370762
                                                  MAYER BROWN LLP
                                                  1999 K Street N.W.
                                                  Washington, DC 20006-1101
                                                  Telephone:  (202) 263-3000
                                                  Facsimile:  (202) 263-3300
                                                  apincus@mayerbrown.com

                                                  *Attorney for Plaintiff Center for*
                                                  *Democracy & Technology*


                                            By:   */s/ Indraneel Sur*
                                                  Indraneel Sur
                                                  Trial Attorney
                                                  DC Bar No. 978017
                                                  Federal Programs Branch,
                                                  Civil Division
                                                  United States Department of Justice
                                                  P.O. Box 883
                                                  Washington, DC 20044
                                                  Telephone:  (202) 616-8448
                                                  Indraneel.Sur@usdoj.gov

                                                  *Attorney for Donald J. Trump*

737865176

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>              Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>              Defendant. | Case No. 20-1456 |

### [PROPOSED] ORDER

Upon consideration of Plaintiff Center for Democracy & Technology ("CDT") and Defendant Donald J. Trump's "Joint Motion to Set Briefing Schedule on Defendant's Motion to Dismiss" and finding good cause for the requested extensions therein, it is hereby **ORDERED** that the Joint Motion is **GRANTED**.  Plaintiff CDT shall file and serve an opposition to the Motion to Dismiss by Monday, August 31, 2020, and Defendant Trump shall file and serve a reply, if any, in support of the Motion to Dismiss by Monday, September 21, 2020.

_____
Trevor N. McFadden
United States District Judge

737865275