UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR DEMOCRACY & TECHNOLOGY**,<br><br>                    Plaintiff,<br><br>          v.<br><br>**DONALD J. TRUMP**, *in his official capacity as President of the United States of America*,<br><br>                    Defendant. | Case No. 1:20-cv-01456 (TNM) |

## ORDER

Upon consideration of the Defendant's Motion to Dismiss, the pleadings, relevant law, and related legal memoranda in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Defendant's [17] Motion to Dismiss is GRANTED; it is further

**ORDERED** that Plaintiff's Complaint is DISMISSED without prejudice. The Plaintiff may file a motion for leave to amend its Complaint within 30 days from the date of this Order. If the Plaintiff does not do so, the case shall be dismissed with prejudice.

**SO ORDERED**.

Dated: December 11, 2020                                         TREVOR N. McFADDEN, U.S.D.J.