UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR DEMOCRACY & TECHNOLOGY**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP**, *in his official capacity as President of the United States of America*, <br><br> Defendant. | Case No. 1:20-cv-01456 (TNM) |

### ORDER

On December 11, 2020, the Court issued an Order granting the Defendant's Motion to Dismiss.  *See* 12/11/2020 Order, ECF No. 23.  The Order also stated: "The Plaintiff may file a motion for leave to amend its Complaint within 30 days from the date of this Order.  If the Plaintiff does not do so, the case shall be dismissed with prejudice." *Id.*  To date, no motion for leave to amend has been filed on the docket.  Therefore, it is hereby

**ORDERED** that the case is DISMISSED with prejudice.

**SO ORDERED**.

The Clerk of the Court is directed to close the case.  This is a final, appealable Order.

Dated: January 12, 2021

TREVOR N. McFADDEN, U.S.D.J.