**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR DEMOCRACY & TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>Defendant. | Case No. 1:20-cv-01456 (TNM) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that plaintiff Center for Democracy & Technology, in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order entered in this action on January 12, 2021 (ECF 24) granting defendant Donald J. Trump's motion to dismiss with prejudice.

Dated: March 11, 2021

Avery Gardiner (D.D.C. Bar No. 481404)
Center for Democracy & Technology
1401 K Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 407-8811
agardiner@cdt.org

Respectfully submitted,

MAYER BROWN LLP

By: /s/ *Andrew J. Pincus*
Andrew J. Pincus (D.D.C. Bar No. 370762)
MAYER BROWN LLP
1999 K St., NW
Washington, DC 20006
Telephone: (202) 263-3000
apincus@mayerbrown.com

Lauren R. Goldman (*admitted pro hac vice*)
MAYER BROWN LLP
1221 Ave. of the Americas
New York, New York 1002
Telephone: (212) 506-2500
lgoldman@mayerbrown.com

John Nadolenco (*admitted pro hac vice*)
Douglas A. Smith (*admitted pro hac vice*)

Sandor A. Callahan (*admitted pro hac vice*)
MAYER BROWN LLP
350 S. Grand Ave.
Los Angeles, CA 90017
Telephone: (213) 229-9500
jnadolenco@mayerbrown.com
dougsmith@mayerbrown.com
scallahan@mayerbrown.com

*Attorneys for Plaintiff Center for Democracy & Technology*