# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-5062**                                                      **September Term, 2020**

                                                                                      **1:20-cv-01456-TNM**

                                        **Filed On: August 9, 2021** [1909587]

Center for Democracy & Technology,

       Appellant

    v.

Joseph R. Biden, Jr., in his official capacity
as President of the United States of America,

       Appellee

## M A N D A T E

       In accordance with the order of August 9, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                           BY:    /s/
                                     Manuel J. Castro
                                     Deputy Clerk

Link to the order filed August 9, 2021