# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 21-5062                                          September Term, 2020

1:20-cv-01456-TNM

**Filed On: August 9, 2021**

Center for Democracy & Technology,

        Appellant

     v.

Joseph R. Biden, Jr., in his official capacity as
President of the United States of America,

        Appellee

**BEFORE:**     Millett and Wilkins, Circuit Judges, and Sentelle, Senior Circuit Judge

## O R D E R

Upon consideration of the motion to dismiss appeal as moot, vacate the district court's judgment, and remand for dismissal of the action, it is

**ORDERED** that the motion be granted and the appeal be dismissed as moot. See Planned Parenthood of Wisconsin, Inc. v. Azar, 942 F.3d 512, 516 (D.C. Cir. 2019) ("An appeal becomes moot if intervening events make it impossible for [the court] to grant 'effectual relief' to the prevailing party.") (quoting Church of Scientology of Cal. v. United States, 506 U.S. 9, 12 (1992)); Diffenderfer v. Cent. Baptist Church of Miami, Fla., Inc., 404 U.S. 412, 414-15 (1972); Akiachak Native Community v. U.S. Dep't of Interior, 827 F.3d 100, 105-06, 113 (D.C. Cir. 2016). The district court's December 11, 2020 order and memorandum opinion and its January 12, 2021 order are hereby vacated, and the case is remanded to the district court with instructions to dismiss the case as moot. See U.S. Bancorp Mortgage Co. v. Bonner Mall P'ship, 513 U.S. 18, 23 (1994); Maydak v. United States, 630 F.3d 166, 177 (D.C. Cir. 2010).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                               BY:     /s/
                                          Manuel J. Castro
                                          Deputy Clerk